### 1218 WORKMAN vs. BOARD OF EDUCATION (Detroit), 18 M., 400.

To compel respondents to admit a colored child to the public schools.

Granted May 12, 1869.

The proceedings being for the benefit of a minor, the father is entitled to ascertain the right.

It was objected that the application for the writ did not show affirmatively that the child possessed the necessary qualifications for admission.

Held, that the board having made the child's color the sole objection, the relator, if this fails, is presumptively entitled to the writ.